**FILED**

**MARCH 17, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1548**

**JUDGE DOW**
**MAGISTRATE JUDGE DENLOW**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-------------------------------------------------------------------x

C.S.B. COMMODITIES, INC.,

    Plaintiff,

  v.

URBAN TREND (HK) LTD., AND ROBERT KUSHNER,

    Defendants.

-------------------------------------------------------------------x

Civil Action No. _____

**COMPLAINT**
**WITH JURY DEMAND**

For its Complaint, Plaintiff C.S.B. Commodities, Inc. ("C.S.B." or "Plaintiff") alleges as follows:

**PARTIES**

1. C.S.B. is a New York corporation, having a principal place of business at 1400 Old Country Rd., Suite 301A, Westbury, NY 11590.

2. Upon information and belief, Defendant Urban Trend (HK) Ltd. ("Urban Trend") is a Hong Kong corporation, having a principal place of business at 31st Floor, Sunshine Plaza, 353 Lockhart Road, Wan Chai, Hong Kong.

3. Upon information and belief, defendant Robert Kushner ("Kushner") is an individual of unknown citizenship, believed to be residing in Hong Kong.   Urban Trend and Kushner are jointly referred to herein as "Defendants."

**JURISDICTION AND VENUE**

4. This is an action for federal unfair competition under 15 U.S.C. § 1125(a) and for unfair competition under Illinois common law and Illinois Statute 815 ILCS § 510.

5.  The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a) and 1338(b), and 15 U.S.C. §1121(a), and supplemental jurisdiction under 28 U.S.C. §1367(a).

6.  Venue is proper in this Court under 28 U.S.C. § 1391 because it is believed that Defendants own and operate a website accessible in this district, that Defendants use of the mark at issue in this district through the website and possibly otherwise, and that Defendants have thereby committed the acts of unfair competition complained of herein in this district.

## GENERAL ALLEGATIONS

### A.    PLAINTIFF C.S.B.

7.  For over thirty years, C.S.B. has been in the business of selling housewares and household goods, and has developed a reputation as a premier supplier of such goods.

8.  Starting on or about August 31, 2005, C.S.B. began selling a new product, namely, a knife holder that incorporates a distinctive product configuration of a stylized human figure (the "Human Figure Design").  C.S.B. adopted the Human Figure Design to distinguish its knife holder from other knife holders on the market.  This knife holder featuring the Human Figure Design is sold under the trademark THE EX in the United States and under the trademark VOODOO elsewhere throughout the world (the "EX/VOODOO").  The EX/VOODOO is manufactured in a range of colors, but is most popular and well-known in red.  Attached as Exhibit "A" is a photograph of the EX/VOODOO knife holder.

9.  The Human Figure Design of the EX/VOODOO knife holder is non-functional.

10. C.S.B. owns the trademark rights associated with the Human Figure Design.

11. From its first introduction into the market, the unique and distinctive Human Figure Design made the EX/VOODOO knife holder a sensation, garnering the product a great deal of press coverage and word of mouth.  C.S.B. has also promoted the EX/VOODOO knife holder

and the unique and distinctive shape of the Human Figure Design in advertisements and through other marketing channels. As a result, the Human Figure Design has acquired secondary meaning.

12. Upon information and belief, the consuming public has come to associate, with a single source, knife holders that incorporate as part of their design a stylized human figure. That source is C.S.B.

**B.     DEFENDANTS URBAN TREND AND KUSHNER**

13. Upon information and belief, Urban Trend was incorporated in or about 1996. Upon information and belief, Urban Trend is in the business of selling novelty items.

14. Upon information and belief, Kushner is the individual at Urban Trend with the responsibility for selecting the products that Urban Trend manufactures and/or markets, and also stands to benefit personally from the decisions to manufacture and/or market any particular product.

15. After C.S.B. began advertising and selling the EX/VOODOO, which features the Human Figure Design, Urban Trend, without authorization from C.S.B., began marketing and using in interstate commerce a knife holder called the "Throwzini." The Throwzini utilizes a design that is confusingly similar to the Human Figure Design. The Throwzini knife holder misappropriates the distinctive trade dress and product configuration of the EX/VOODOO knife holder, namely, a stylized human figure. The Throwzini knife holder has been shown in advertisements in the same red color that is utilized by C.S.B. in its most popular version of the EX/VOODOO knife holder. A photograph of the Throwzini knife holder is attached as Exhibit "B."

16. Upon information and belief, the Defendants knew of the EX/VOODOO knife holder and the Human Figure Design, and of the popularity of the EX/VOODOO knife holder, at the time they began to develop the Throwzini knife holder.

17. Upon information and belief, the Defendants' selection of the shape of the Throwzini knife holder was made with the knowledge that that shape was confusingly similar to the proprietary and distinctive product configuration of the EX/VOODOO knife holder and the Human Figure Design.

18. Upon information and belief, the Defendants' selection of the shape of the Throwzini knife holder, in the most popular color of the EX/VOODOO knife holder, was made with the intention of trading on the goodwill and product recognition that C.S.B. has developed in the EX/VOODOO knife holder and the Human Figure Design.

19. Upon information and belief, Kushner was the individual at Urban Trend who made the decision to go forward with the manufacture and/or marketing of the Throwzini knife holder and thereby trade on the goodwill associated with the EX/VOODOO knife holder and the Human Figure Design.

20. Upon information and belief, Kushner also stands to gain personally from the sales of the Throwzini knife holder.

21. Upon information and belief, the Defendants have begun marketing and promoting the Throwzini knife holder in the United States, and have promised customers to deliver the Throwzini knife holders shortly.

**COUNT I:**
**FEDERAL UNFAIR COMPETITION UNDER 15 U.S.C. § 1125(a)**

22. The allegations of paragraphs 1-21 of this Complaint are incorporated by reference herein.

23. Upon information and belief, the Defendants have marketed and used in interstate commerce the Human Figure Design used in connection with the Throwzini knife holder over the Internet and through other means in commerce that Congress may regulate.

24. The Defendants' Throwzini product configuration so resembles C.S.B.'s "Human Figure Design," as to be likely to cause confusion, or mistake, or to deceive consumers as to the affiliation, connection and/or association of Defendants and C.S.B., and as to the as to the origin, sponsorship, or approval of the Throwzini knife holder sold by Defendants, such that Defendants' conduct constitutes a false designation of origin and unfair competition in violation of 15 U.S.C. § 1125(a).

25. Members of the press and public have already been confused as to the source of the Throwzini knife holder, and have linked the Throwzini knife holder to the well-known EX/VOODOO knife holder.  Attached as Exhibit "C" are copies of several "blogs" from the Internet that have, for example, linked the Throwzini knife holder to "its predecessor," the EX/VOODOO knife holder.

26. Upon information and belief, the blogs shown in Exhibit "C" were created with the input and/or encouragement of the Defendants, whose purpose was to introduce the Throwzini knife holder to the public as a product related to the EX/VOODOO knife holder.

27. The Defendants' marketing and false and/or misleading descriptions and/or representations regarding  the Throwzini knife holder is likely to cause confusion, or to cause mistake, or to deceive consumers into believing that the Throwzini knife holder originates with the same source as the EX/VOODOO knife holder, namely C.S.B.

28. The Defendants' marketing and false and/or misleading descriptions and/or representations regarding the Throwzini knife holder is likely to cause confusion, to cause

mistake and/or to deceive as to the affiliation, connection and/or association of the source of the Throwzini knife holder with the source of the EX/VOODOO knife holder.

29. The Defendants' marketing and false and/or misleading descriptions and/or representations regarding the Throwzini knife holder is likely to cause confusion, to cause mistake and/or to deceive as to the origin, sponsorship and/or approval of the Throwzini knife holder by the source of the EX/VOODOO knife holder, *viz*. C.S.B.

30. Defendants' false and/or misleading descriptions and/or representations concerning the Throwzini knife holder are likely to influence consumers' purchasing decisions.

31. Defendants' false and/or misleading descriptions and/or representations concerning the Throwzini knife holder constitute false advertising and unfair competition in violation of 15 U.S.C. § 1125(a).

32. As a result of Defendants' conduct, C.S.B. has suffered and will continue to suffer monetary damages in an amount to be determined at trial, and jeopardizes the goodwill built up by C.S.B. in its EX/VOODOO knife holder and Human Figure Design, causing serious irreparable injury to C.S.B., its products, and its reputation, for which C.S.B. has no adequate remedy at law.

33. Defendants have profited from Defendants' false advertising and unfair competition.

34. Defendants' use of a product configuration confusingly similar to C.S.B.'s Human Figure Design, and Defendants' false and/or misleading descriptions and/or representations concerning the Throwzini knife holder was and is willful, knowing, malicious and/or intentional, thereby making this case exceptional under 15 U.S.C. § 1117(a).

## COUNT II:
## UNFAIR COMPETITION UNDER ILLINOIS COMMON LAW

35. The allegations of paragraphs 1-34 of this Complaint are incorporated by reference herein.

36. Defendants' acts complained of herein constitute unfair competition and deceptive trade practices under Illinois common law, because in the course of Defendants' business, Defendants have caused a likelihood of confusion or of misunderstanding as to the source, sponsorship, approval, or certification of Defendants' Throwzini knife holder, and as to Defendants' affiliation, connection, and association with and certification by C.S.B.

37. Defendants' acts complained of herein constitute unfair competition and deceptive trade practices under Illinois common law also because Defendants have used deceptive representations in connection with the Throwzini knife holder and have engaged in other conduct which creates a likelihood of confusion or misunderstanding.

38. As a consequence of the Defendants' acts of unfair competition as aforesaid, Plaintiff has suffered and will continue to suffer monetary damages in an amount to be determined at trial.

39. Defendants have profited from Defendants' unfair competition as aforesaid.

40. Defendants' unfair competition was and is willful, knowing, malicious, and/or intentional.

41. C.S.B. does not have a fully adequate remedy at law.

## COUNT III:
## UNFAIR COMPETITION UNDER ILLINOIS STATUTE 815 ILCS § 510

42. The allegations of paragraphs 1-41 of this Complaint are incorporated by reference herein.

43. Defendants' acts complained of herein constitute unfair competition and deceptive trade practices under 815 ILCS § 510, because in the course of Defendants' business, Defendants have caused a likelihood of confusion or of misunderstanding as to the source, sponsorship, approval, or certification of Defendants' Throwzini knife holder, and as to Defendants' affiliation, connection, and association with and certification by C.S.B.

44. Defendants' acts complained of herein constitute unfair competition and deceptive trade practices under 815 ILCS § 510 also because Defendants have used deceptive representations in connection with the Throwzini knife holder and have engaged in other conduct which creates a likelihood of confusion or misunderstanding.

45. As a consequence of the Defendants' acts of unfair competition as aforesaid, Plaintiff has suffered and will continue to suffer monetary damages in an amount to be determined at trial.

46. Defendants have profited from Defendants' unfair competition as aforesaid.

47. Defendants' unfair competition was and is willful, knowing, malicious, and/or intentional.

48. C.S.B. does not have a fully adequate remedy at law.

## **JURY DEMAND**

Pursuant to Rule 38(b), Fed. R. Civ. P., C.S.B. requests a trial by jury on all issues triable to a jury.

**WHEREFORE,** Plaintiff hereby demands judgment against the Defendants as follows:

A)    For an injunction immediately restraining Defendants, together with their respective officers, agents, servants, employees, assigns, successors, and attorneys, and all other persons acting in concert with them, pursuant to 15 U.S.C. § 1116(a) and any relevant Illinois state law provisions:

1)    from selling, offering to sell, marketing, promoting, or advertising any goods and/or services bearing the Human Figure Design or any mark confusingly similar thereto, including such products as the Throwzini knife holder;

2)    making or publishing any false and/or misleading descriptions and/or representations concerning Plaintiff and/or any false and/or misleading descriptions or representations, stating, suggesting or implying that Defendants' Throwzini knife holder is affiliated with, owned by and/or sponsored by Plaintiff; and

3)    engaging in any other acts of unfair competition with Plaintiff;

B)    Directing Defendants to deliver up to Plaintiff all things in their possession bearing a description and/or representation of the Throwzini knife holder and/or any other designation likely to be confused with C.S.B., pursuant to 15 U.S.C. § 1118  and any relevant Illinois state law provisions;

C)    Directing Defendants to account for and pay over to Plaintiff all profits Defendants have obtained, received, or derived from selling, or offering to sell, the Throwzini knife holder, pursuant to 15 U.S.C. § 1117(a) and any relevant Illinois state law provisions;

D)    Awarding to Plaintiff all damages suffered by Plaintiff as a result of the Defendants' acts of false advertising and unfair competition, pursuant to 15 U.S.C. § 1117(a) and any relevant Illinois state law provisions;

E)    Awarding to Plaintiff up to three times Plaintiff's damages and/or Defendants' profits, pursuant to 15 U.S.C. § 1117(a) and any relevant Illinois state law provisions;

F)    Declaring that this case is "exceptional" and awarding to Plaintiff the attorneys' fees it has incurred in investigating, bringing, and prosecuting this action, pursuant to 15 U.S.C. § 1117(a) and any relevant Illinois state law provisions;

G)    Awarding Plaintiff the costs and disbursements of this action; and

H)    Awarding Plaintiff pre- and post-judgment interest on any monetary award, including any attorneys' fee award.

I)    Awarding to Plaintiff punitive damages pursuant to any relevant Illinois state law provisions;

J)    Awarding to Plaintiff such other, further or different relief in its favor and against Defendants as this Court may deem just and proper.

Dated: March 17, 2008                    LEYDIG, VOIT & MAYER, LTD.


                                         s/  Steven H. Sklar
                                         Steven H. Sklar (IL Bar No. 6238119)
                                         Two Prudential Plaza
                                         180 North Stetson Avenue, Suite 4900
                                         Chicago, IL 60601-6731
                                         Tel: (312) 616-5600
                                         Fax: (312) 616-5700


                                         COHEN PONTANI LIEBERMAN & PAVANE LLP
                                         Lisa A. Ferrari
                                         Roger S. Thompson
                                         551 Fifth Avenue, Suite 1210
                                         New York, NY  10176
                                         Tel. (212) 687-2770
                                         Fax. (212) 972-5487

                                         *Attorneys for Plaintiff*
                                         *C.S.B. Commodities, Inc.*

08 C 1548

# EXHIBIT A



JUDGE DOW
MAGISTRATE JUDGE DENLOW

08 C 1548

# EXHIBIT B



EXHIBIT B

JUDGE DOW
MAGISTRATE JUDGE DENLOW

08 C 1548

# EXHIBIT C

Case 1:08-cv-01548    Document 1-4    Filed 03/17/2008    Page 2 of 12

Today on CNET | Reviews | Crave | Blogs | CNET TV | Digital Living | Downloads

Log in | Sign up



A BLOG FROM cnet CNET ASIA

## A Knife Block that cuts it for sadists

Juniper Foo | Nov 27, 2007

Admit it, there's a little bit of the sadist in all of us. Which explains why we get all squealy over knife blocks given a (designer) twist in the guts. Straight out of UrbanTrend is Throwzini's zany Knife Block which features (oooh lovely) a red dude strapped down haplessly to a Wheel of Death that, if we read correctly, actually spins.

Made of handcrafted wood, this has five magnetized sheaths for your chef knives to slot into. Once the patent on this is secured, you can bet we'll be giving the Voodoo Knife Holder the chop. For bloodthirsty collectors, we'd recommend adding the Voodoo Doll Toothpick Holder, Hanging Harry Light Pull and Dead Fred Penholder to form your very own Addams family of weird (read: Cool) and wracked implements for the home.



Via Coolest Gadgets

**Filed under: Gadgets**
**Leave a comment** | **Bookmark** | **Share**
Tags: kitchen ware, knife

Add tag

## Talkback

To post comments, you need to become a member. **It's FREE.**    Log in or sign in

**Sponsored Links**

**Miracle Blade III**
On TV, $230 value for only $39.95, 3 Free Gifts, Money Back Guarantee
www.perfectionseries.com

**Knife Block**
Directory Of Knife Block Deals. Find Knife Blocks Quickly!
kitchencabinetsanddesignsonline.com

**Cutlery**
Browse a huge selection now. Find exactly what you want today.
www.ebay.com

**Japanese Water Stones**
Cutlery, Grinders, Butcher Blocks Chef knives with Free Shipping
www.chefdepot.net

**Knives**
Find out which Knives are best with our unbiased reviews.
www.consumerreports.org

**Wusthof Cutlery**
10P Classic, 6PSteak, 4P Chef, 14 Other Sets- Same Day Ship
www.greatcookware.com



advertisement

increased coverage

1 phone
2 lines

SAMSUNG

better cost savings

SAMSUNG

## Crave is...

The name says it all. Crave is our new blog about cool gadgets and other crushworthy stuff.

Drop us an email if you have tips or suggestions.

Search Crave    Find it!

## Crave for...

» Mobile Phones (473)
» Digital Cameras (297)
» Notebooks (303)
» PC & Peripherals (310)

Case 1:08-cv-01549    Document 1-4    Filed 03/17/2008    Page 3 of 12





People | Groups | Blogs | **News**

Search

**Sign Up!** | Tags | Domains | Searches | Options | Advanced Search

## Throwzini's Knife Block Stores Cutlery on Wheel of Death [Torture That Red Guy]

gizmodo.com » 2007 » November » 16th » Throwzini's Knife Block Stores Cutlery on Wheel of Death [Torture That Red Guy]

**Carving Knife Cutlery**
Bargain Prices. Smart Deals. Save on Carving Knife Cutlery!
Shopzilla.com

**Wusthof Knives Free Gifts**
Buy and Save Big with Free Bonus Free Gifts, Shipping, No Sales Tax
www.ikitchen2000.com

**Miracle Blade III**
On TV, $230 value for only $39.95, 3 Free Gifts, Money Back Guarantee
www.perfectionseries.com

**Carving Knife**
Compare Prices & Save On Our Discounted Kitchen & Home Products
Shopping.MSN.com

Ads by Google

Tagged: knives, kitchen gadgets, wheel of death



Voodoo Knife Holder where you stab the poor guy in five places with various knives (remember him? There he is on the lower right), here's a tricky alternative: Throwzini's Knife Block, which causes no apparent harm to the hapless red dude. Store the five included stainless steel knives in a tortured sort of peace, each mercifully missing the red guy, who's this time strapped onto a spinning Wheel ... Continue Reading »

---

**Latest news from Gizmodo:**

Time Bomb Alarm Clock Wakes You Up With a Boom [Alarm]

Nokia N810 Tablet Gets a $90 Price Drop [Nokia]

Build Your Own Electronic Post-it Note [DIY]

Color Changing Concert Hall May Be More Interesting Than the Performances [Architecture]

Canon Vixa HF10 Camcorder Reviewed (Verdict: Best AVCHD to Date) [Camcorders]

**Latest news from gizmodo.com:**

All-in-One Digital Eyepiece Camera for Hunters, Birdlovers, Spies [Digital Cameras]

Xdream Fitness Bike: Ride Outdoors Without All of That Pesky Fresh Air [Fitness]

Analog to Digital TV Transition: Are We Insensitive To Regular Folks? A Reader Responds [Question Of The Day]

Copy and Paste on Your iPhone With iCopy [iPhone]

Snowboarding and Gadgets Reader Meetup? [Notes]

Search

About Speeple | Terms of Service | Privacy Policy | Copyright ©2007 Speeple™



Categories

- Appliances & Electronics
- Electronics
- Large Appliances
- Small Appliances
- Baking
- Bar
- Bar Essentials
- Beer Gadgets
- Corkscrews
- Glassware
- Wine Gadgets
- Candy & Chocolate
- Cleaning
- Coffee & Tea
- Cups & Mugs
- Kettles & Machines
- Serving, Accessories, Other
- Teapots & Carafes
- Cooking Tools
- Decorative

American Apparel®
One of 40 Dresses
See them all here →



b5media.
com

Advertise with us

ADS BY GLAM

INTRODUCING
BALI CONCEALERS®

BALI
LIVE BEAUTIFULLY
CLICK TO SEE THE COLLECTION

Cooking Gadgets

COOKING
GADGETS

- Subscribe to Cooking Gadgets
- Add Cooking Gadgets to del.icio.us
- Add Cooking Gadgets to Google Reader

## Throwzini's Knife Block

by **Arieanna** on January 22nd, 2008



Like its predecessor the Voodoo knife holder, Throwzini's Knife Block takes its inspiration from the Wheel of Death and pins our little red guy in the center of the knife block. This is actually a set, with 5 knives. Each knife is held in by magnets and individual protective sheaths. You can spin it around too - it's a Wheel, of course!

Enjoying this blog? Check out the rest of the Lifestyles Channel

Throwzini's Knife Block

**About Cooking Gadgets**

Your kitchen on steroids. Gadgets to fill your cupboards, simplify your cooking, and amuse your senses.

Written by **Arieanna Schweber** for b5media.

**Recent Comments**

Holiday Reading around the b5 Lifestyles Channel on Easter Egg Decorating Kit

Guest Blogger: Arieanna Schweber of CookingGadgets.com | GlamDish on Personalized Branding Iron

Guest Blogger: Arieanna Schweber of CookingGadgets.com | GlamDish on Snap-a-Party place setting

Guest Blogger: Arieanna Schweber of CookingGadgets.com | GlamDish on Grill Right Wireless Talking BBQ/Oven Thermometer

Guest Blogger: Arieanna Schweber of CookingGadgets.com | GlamDish on Matchstick Garden

**Ads from b5media**

Buy your text ad on this and other b5media sites today!

Design Concepts
Dining
Eco Friendly
Entertaining
Food & Spice Storage
Kids stuff
Kitchen Design
Kitchen Linens
Knives
Luxury Gadgets
New Cooking Gadgets
Nutcrackers
Outdoor Kitchen
Pots & Pans
Sale Spotting
Seasonal
Hallowe'en, Fall & Thanksgiving
Spring and Easter
Summer & Grilling
Valentine's Day
Winter & Christmas
Self-Powered Gadgets
Serving
Site News
Storage & Organization
Tableware
Uncategorized
Utensils
Weird cooking tools

Via interior design room, gizmodo Tags: knife block, throwzini, knife blocks, knives, kitchen

# Related Stories

- Knife Block
- Chrome Voodoo
- Glass Knife Block
- Shocking Knife Block
- Welcome to Cooking Gadgets

Share This

**POSTED IN:** Knives, Storage & Organization

# 1 opinion for *Throwzini's Knife Block*

- **Wifely Steps » Blog Archive » 10 cute & crazy things for your home**
  Jan 28, 2008 at 5:50 pm

[...] For frustrated circus knife throwers everywhere. It even spins! Poor little red guy. [via] [...]

# Have an opinion? Leave a comment:

Name

Mail

Website

☐ Notify me of followup comments via e-mail



**Sponsors**

- remodeling
- Promotional Candy

**Cooking Gadgets Resources**

- Gift Guides
- Store

**Sponsor:**

**Archives**

- March 2008
- February 2008
- January 2008
- December 2007
- November 2007
- October 2007
- September 2007
- August 2007
- July 2007
- June 2007
- May 2007
- April 2007
- March 2007
- February 2007
- January 2007

**Poll**

What is your favorite gadget?

- ○ Kitchenaid mixer
- ○ Food processor
- ○ Juicer

Add an Answer

Vote    View Results

**Lifestyles**

For anyone who loves life and the people they share it with. Find advice, information, and observations on exciting beginnings and everyday journeys of families and relationships.

- A Child Chosen
- A Creative Journal
- All Holiday Cafe
- Babylune
- Baking Delights
- Behind The Vines
- Blog Fabulous
- Brew Ha-Ha
- Career and Kids
- Chocolate Bytes
- Cooking Gadgets
- Dating Dames
- Declutter It
- Foodie Obsessed
- GenBetween
- Hankering for Yarn

Submit

Throwzini's Knife Block

- December 2006
- November 2006
- October 2006
- September 2006
- August 2006
- July 2006
- June 2006
- May 2006
- April 2006
- March 2006
- February 2006
- January 2006
- December 2005
- November 2005
- October 2005
- September 2005

**Subscribe by Email**

Enter your email address:

Inside Fatherhood
Inside Motherhood
Jewelry and Beading
Junk Creation
Keeping the Castle
Kettle and Cup
Layers Upon Layers
Macro Cats
Mad Cropper
Marriage Actually
Mother Earth's Garden
MyCrimeSpace
Noodles and Rice
Offbeat Homes
One Book Two Book
Our One Heart
Parenting Tweens & Teens
Parents Behaving Badly
Play Library
Psycho for Love
Quilting and Patchwork
She Knows Parties
Simply Thrifty
Solo Mother
StampingMad
Supernanny Rules
Tangled Thread
The Food Bowl
Thrifty Mommy
Tree Hugging Family
Unplugged Living
Widows Quest



Subscribe

Delivered by FeedBurner

**Blogroll**

- Babygadget
- Book of Joe
- Daily Olive
- Gizmodo
- Neatorama
- New Launches
- Oh Gizmo
- Popgadget
- Product Dose
- Red Ferret Journal
- Shiny Shiny
- Stylehive
- Techie Diva
- Treehuger
- Uncrate

**Top Cooking Gadgets**

- Citrus Squeezers
- Cupcake carrier
- Cupcake stand
- Riedel Pink Wine Glasses
- Travel mug

About the b5media blog network Advertise with us Blog for us Contact us Legal

## Throwzini's Knife Block - Spinning Wheel of Death for Cutlery

by **Michael Kiely** - (**2 comments**)



I didn't think that kitchen knife blocks could get any cooler or more macabre than the **Voodoo Knife Holder**, but that was until I discovered the spinning wheel of death inspired **Throwzini's Knife Block** (**$100**). Now you can have all the sheer excitement and certain danger of a circus knife throwing act right in your very own kitchen. This unique knife block comes with 5 stainless steel razor sharp professional chef knives that are stored around the body of an "assistant" and held securely in place by magnets in each individual protective knife sheath. Best of all, it actually spins! Unfortunately, since the handcrafted knife block is made of wood, it probably wouldn't be wise to store any flaming cutlery. Definitely, the perfect gift for ringmasters, carnies and all who love to watch morbid acts of death-defying skills!

► **ThinkGeek.com** (**$100**)

► **Find it on eBay**



**Victorinox Kitchen Knives**
Wide Variety of Victorinox Cutlery. Low Prices & Free Shipping!

**Knife Block**
Directory Of Knife Block Deals. Find Knife Blocks Quickly!

Ads by Google

**Ads by Google**
Knife Supply
Sushi Knife
Survival Knives
Custom Knives

- Sturdy construction
- 5 stainless steel razor sharp professional chef knives
- Handcrafted wood block
- Individual protective knife sheathes
- Knives held securely by magnets
- Functional & stylish
- It actually spins!

**Britain's Got Talent - Knife Throwing Gone Wrong!**

**Circus knife throwing at spinning target!**

**NEW SEARCH**

Search

**RANDOM STUFF**



Rock Oil Lamp

Mio SoftBowls - Beehive, Swoop and Wobowl

War Bowl - Made From Melted Toy Soldiers

Desktop Air Conditioner

Roman Arc Cypress Hammock Stands



**Flux Capacitor Replica From Back To The Future**

**1950s newsreel clip of a mother throwing knives!**





**Maine Weather Stick**

**TAGS: Knives Knife Blocks Cutlery Circus Carnivals Knife Throwing Targets Kitchen**



**Mile High Kit**

## COMMENTS (2)

by Guest on December 3, 2007 9:40 am

I have found this product to be available in the E.U from these people:

**http://www.volumeload.com/index.php**

by boooooyoooooo! on January 19, 2008 2:50 am

nice one!

**Space Age Bell Pepper or Tomato Plant Kit**

## ADD YOUR COMMENTS

**Your Name:**

Guest

**Valid Email Address:** (required - will not be shown)

**Plug Your Website:** (optional)

**Your Comment:**

Comments that are irrelevant, inappropriate, purely promotional, vulgar, insensitive or all CAPS will be removed at our discretion!

10000 Characters Remaining...

JAN9X

Enter Security Code Above

Submit Comment

## MORE COOL STUFF








**Universal Bamboo Box Knife Holders**

1 Comments | Buy $89

**Cutlery Set with Fanned Wooden Block**

0 Comments | Buy $20

**Kapoosh Universal Knife Block**

5 Comments | Buy $30

**The EX – Voodoo 5-Knife Holder Display**

10 Comments | Buy $60

**Wenger Giant Swiss Army Knife - 85 Tools, 100 Functions, 1 Knife**

8 Comments | Buy $999

**Inside**

HOME PAGE
PRIVACY POLICY
CONTACT / ADVERTISE
RSS SITE FEED

**Outside**

OFFICIAL MYSPACE PAGE
GREEN HEAD EMPORIUM
GREEN HEAD READING ROOM
OFFICIAL TWITTER PAGE
SHOP WITH US AT KABOODLE
ORDER OF THE GREEN HEAD

**Beyond**

RSS SITE FEED
RSS PODCAST FEED

» BLOGS THAT LINK HERE
» VIEW MY PROFILE

Technorati

Copyright © 2003-2008 Michael Klely. All Rights Reserved. Privacy Policy.