YM

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1548**

In the Matter of                                    Case Number:

C.S.B. COMMODITIES, INC. v.
URBAN TREND (HK) LTD. and ROBERT KUSHNER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

C.S.B. COMMODITIES, INC. (Plaintiff)

**JUDGE DOW**
**MAGISTRATE JUDGE DENLOW**

| | |
|---|---|
| NAME (Type or print)<br>Steven H. Sklar | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  Steven H. Sklar | |
| FIRM<br>Leydig, Voit & Mayer, Ltd. | |
| STREET ADDRESS<br>Two Prudential Plaza, Suite 4900 | |
| CITY/STATE/ZIP<br>Chicago, IL 60601 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6238119 | TELEPHONE NUMBER |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

**FILED**
**MARCH 17, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT