## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08CV1548

C.S.B. Commodities, Inc., Plaintiff
v.
Urban Trend (HK) Ltd., and Robert Kushner, **Defendants**.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Urban Trend (HK) Ltd., and Robert Kushner

| | |
|---|---|
| NAME (Type or print) <br> James J. Lukas, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ James J. Lukas, Jr. | |
| FIRM <br> Greenberg Traurig, LLP | |
| STREET ADDRESS <br> 77 West Wacker Drive, Suite 2500 | |
| CITY/STATE/ZIP <br> Chicago/IL/60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6270189 | TELEPHONE NUMBER <br> 312-456-1038 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES ☐    NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?       YES ☐    NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES ☐    NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☑    NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐