IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| C.S.B. COMMODITIES, INC., a New York corporation,<br><br>    Plaintiff,<br><br>v.<br><br>URBAN TREND (HK) LTD., a foreign corporation, and ROBERT KUSHNER, individually,<br><br>    Defendants. | CASE NO. 08 CV 1548<br><br>Judge Robert M. Dow, Jr.<br><br>Magistrate Judge Morton Denlow |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendants Urban Trend (HK) Ltd., a foreign corporation and Robert Kushner, individually (collectively, "Defendants"), by their undersigned attorneys and by agreement with counsel for Plaintiff, C.S.B. Commodities, Inc., a New York corporation, respectfully move the Court pursuant to Federal Rules of Civil Procedure 6(b) and 7 for a thirty day (30) extension of time within which to answer or otherwise plead to the Complaint, to and including Wednesday May 7, 2008.

In support hereof, Defendants rely upon all matters of record to date and further state:

1. This is an action for alleged unfair competition under 15 U.S.C. § 1125(a) and for unfair competition under Illinois common law and Illinois Statute 815 ILCS § 510, as a result of the alleged infringement of Plaintiff's unregistered "human figure design" trade dress by Defendants.

2. Plaintiff filed its Complaint on March 17, 2008. Defendants have only recently received the Complaint and retained defense counsel. A responsive pleading is currently due

under the rules on Monday April 7, 2008. Defendants have not requested any previous extensions.

3. The Complaint asserts three counts of relief against each defendant, and raises potential issues of standing, service, pleading, jurisdiction, venue, liability, and damages. Defendants have only begun to analyze those issues, and reasonably require additional time to evaluate the claims and potential defenses and prepare their responsive pleadings to the Complaint.

4. The undersigned counsel has personally spoken by telephone to Steven H. Sklar, counsel of record for Plaintiff, who has represented that Plaintiff has no objection to the requested extension of time.

5. This request is made in the interests of justice and not for the purposes of delay.

WHEREFORE, without waiver of any claims or defenses they may respectively have, Defendants respectfully request that this Court grant the Defendants an extension of time to answer or otherwise plead to the Complaint in this cause, to and including Wednesday May 7, 2008.

Dated: March 31, 2008

Respectfully submitted,

*/s/ James J. Lukas, Jr.*
Jeffrey G. Mote
James J. Lukas, Jr.
GREENBERG TAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
Telephone: 312-456-8400
Fax: 312-456-8435

Counsel for Defendants URBAN TREND (HK) Ltd. and ROBERT KUSHNER