IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| C.S.B. COMMODITIES, INC., a New York corporation,<br><br>    Plaintiff,<br><br>v.<br><br>URBAN TREND (HK) LTD., a foreign corporation, and ROBERT KUSHNER, individually,<br><br>    Defendants. | CASE NO. 08 CV 1548<br><br>Judge Robert M. Dow, Jr.<br>Magistrate Judge Morton Denlow |

## NOTICE OF UNOPPOSED MOTION

TO:    Steven H. Sklar                                Lisa A. Ferrari
       Leydig, Voit & Mayer, Ltd.                     Roger S. Thompson
       Two Prudential Plaza                           Cohen Pontani Lieberman & Pavane LLP.
       180 North Stetson Avenue, Suite 4900           551 Fifth Avenue, Suite 1210
       Chicago, IL 60601-6731                         New York, NY 10176

PLEASE TAKE NOTICE that on **Tuesday April 8, 2008 at 9:15 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Robert M. Dow, Jr. or any Judge then sitting in his stead in Courtroom Number 1919 in the United States District Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604 and present **DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and herewith served upon you.

Dated:   March 31, 2008                              Respectfully submitted,


                                                     */s/ James J. Lukas, Jr.*
                                                     One of the Attorneys for Defendants

Jeffrey G. Mote
James J. Lukas, Jr.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400
(312) 456-8435

**CERTIFICATE OF SERVICE**

     James J. Lukas, Jr., an attorney, certifies that he served a copy of the foregoing Notice and Unopposed Motion on counsel of record for all parties entitled to service, as listed below, by electronic mail and by electronically filing same in accordance with the Court's electronic filing requirements on March 31, 2008:

| | |
|---|---|
| Steven H. Sklar | Lisa A. Ferrari |
| Leydig, Voit & Mayer, Ltd. | Roger S. Thompson |
| Two Prudential Plaza | Cohen Pontani Lieberman & Pavane LLP. |
| 180 North Stetson Avenue, Suite 4900 | 551 Fifth Avenue, Suite 1210 |
| Chicago, IL 60601-6731 | New York, NY 10176 |

*/s/ James J. Lukas, Jr.*
                James J. Lukas, Jr.