IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| C.S.B. COMMODITIES, INC., a New York corporation, <br><br> Plaintiff, <br><br> v. <br><br> URBAN TREND (HK) LTD., a foreign corporation, and ROBERT KUSHNER, individually, <br><br> Defendants. | CASE NO. 08 CV 1548 <br><br> Judge Robert M. Dow, Jr. <br> Magistrate Judge Morton Denlow |

## NOTICE OF MOTION

TO:   Steven H. Sklar                          Lisa A. Ferrari
      Leydig, Voit & Mayer, Ltd.               Roger S. Thompson
      Two Prudential Plaza                     Cohen Pontani Lieberman & Pavane LLP.
      180 North Stetson Avenue, Suite 4900     551 Fifth Avenue, Suite 1210
      Chicago, IL 60601-6731                   New York, NY 10176

PLEASE TAKE NOTICE that on **Thursday May 15, 2008 at 9:15 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Robert M. Dow, Jr. or any Judge then sitting in his stead in Courtroom Number 1919 in the United States District Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604 and present **DEFENDANT ROBERT KUSHNER'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6**, a copy of which is attached hereto and herewith served upon you.

Dated:   May 7, 2008                    Respectfully submitted,

                                        */s/ Jeffrey G. Mote*
                                        One of the Attorneys for Defendant,
                                        ROBERT KUSHNER

Jeffrey G. Mote
James J. Lukas, Jr.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400
(312) 456-8435

## CERTIFICATE OF SERVICE

     James J. Lukas, Jr., an attorney, certifies that he served a copy of the foregoing Notice and Motion on counsel of record for all parties entitled to service, as listed below, by electronic mail and by electronically filing same in accordance with the Court's electronic filing requirements on May 7, 2008:

| | |
|---|---|
| Steven H. Sklar | Lisa A. Ferrari |
| Leydig, Voit & Mayer, Ltd. | Roger S. Thompson |
| Two Prudential Plaza | Cohen Pontani Lieberman & Pavane LLP |
| 180 North Stetson Avenue, Suite 4900 | 551 Fifth Avenue, Suite 1210 |
| Chicago, IL 60601-6731 | New York, NY 10176 |

*/s/ James J. Lukas, Jr.*
        James J. Lukas, Jr.