IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| C.S.B. COMMODITIES, INC., a New York corporation, | CASE NO. 08 CV 1548 |
| Plaintiff, | Judge Robert M. Dow, Jr. |
| v. | Magistrate Judge Morton Denlow |
| URBAN TREND (HK) LTD., a foreign corporation, and ROBERT KUSHNER, individually, | |
| Defendants. | |

**NOTICE OF MOTION**

TO:   Steven H. Sklar                           Lisa A. Ferrari
      Leydig, Voit & Mayer, Ltd.                Roger S. Thompson
      Two Prudential Plaza                      Cohen Pontani Lieberman & Pavane LLP.
      180 North Stetson Avenue, Suite 4900      551 Fifth Avenue, Suite 1210
      Chicago, IL 60601-6731                    New York, NY 10176

       PLEASE TAKE NOTICE that on **Thursday May 15, 2008 at  9:15 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Robert M. Dow, Jr. or any Judge then sitting in his stead in Courtroom Number 1919 in the United States District Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604 and present **DEFENDANT ROBERT KUSHNER'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6**, a copy of which is attached hereto and herewith served upon you.

Dated:   May 7, 2008                        Respectfully submitted,

                                            /s/ Jeffrey G. Mote
                                            _____
                                            One of the Attorneys for Defendant,
                                            ROBERT KUSHNER

Jeffrey G. Mote
James J. Lukas, Jr.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400
(312) 456-8435

## CERTIFICATE OF SERVICE

James J. Lukas, Jr., an attorney, certifies that he served a copy of the foregoing Notice and Motion on counsel of record for all parties entitled to service, as listed below, by electronic mail and by electronically filing same in accordance with the Court's electronic filing requirements on May 7, 2008:

Steven H. Sklar                                  Lisa A. Ferrari
Leydig, Voit & Mayer, Ltd.                       Roger S. Thompson
Two Prudential Plaza                             Cohen Pontani Lieberman & Pavane LLP.
180 North Stetson Avenue, Suite 4900             551 Fifth Avenue, Suite 1210
Chicago, IL 60601-6731                           New York, NY 10176


/s/ James J. Lukas, Jr.
James J. Lukas, Jr.