IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| C.S.B. COMMODITIES, INC., a New York corporation,<br><br>    Plaintiff,<br><br>v.<br><br>URBAN TREND (HK) LTD., a foreign corporation, and ROBERT KUSHNER, individually,<br><br>    Defendants. | **CASE NO. 08 CV 1548**<br><br>Judge Robert M. Dow, Jr.<br>Magistrate Judge Morton Denlow |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE

Defendants Urban Trend (HK) Ltd. ("Urban Trend"), a foreign corporation and Robert Kushner ("Kushner"), individually (collectively, the "Defendants") move this Court to dismiss this trade dress infringement action for lack of personal jurisdiction and improper venue under Fed.R.Civ.P. 12(b)(2) and 12(b)(3).

In support hereof, Defendants rely upon all matters of record to date and further state:

1. This is an action for alleged unfair competition under 15 U.S.C. § 1125(a) and for unfair competition under Illinois common law and Illinois Statute 815 ILCS § 510, as a result of the alleged infringement of Plaintiff's unregistered "human figure design" trade dress by Defendants.

2. An examination within the four corners of CSB's Complaint reveals that it is devoid of any factual allegations supporting personal jurisdiction over Defendants. In addition, venue is improper.

3. As described in the attached memorandum, Plaintiff asks the Court to find personal jurisdiction over the Defendants and venue proper in Illinois, solely based on an allegation that Defendants maintain a website that is accessible in Illinois. This is not enough to establish personal jurisdiction or venue on the face of the Complaint and Plaintiff's choice of forum is nothing more than a transparent effort to burden Defendants with the costs and inconvenience of litigating in an inconvenient forum, which is completely unrelated to Plaintiff, Defendants, and the subject matter of Plaintiff's lawsuit.

4. Plaintiff's action must be dismissed because the Court lacks personal jurisdiction over the Defendants and venue is improper.

## CONCLUSION

WHEREFORE, Defendants respectfully request that this Court dismiss with prejudice Plaintiff's Complaint against them for lack of personal jurisdiction and/or improper venue under Fed.R.Civ.P. 12(b)(2) and 12(b)(3) and award such other relief the Court deems just.

Respectfully submitted,

*/s/Jeffrey G. Mote*
Jeffrey G. Mote
James J. Lukas, Jr.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
Telephone: 312-456-8400
Fax: 312-456-8435

Counsel for Defendants
URBAN TREND (HK) LTD. and
ROBERT KUSHNER