IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| C.S.B. COMMODITIES, INC., a New York corporation,<br><br>    Plaintiff,<br><br>v.<br><br>URBAN TREND (HK) LTD., a foreign corporation, and ROBERT KUSHNER, individually,<br><br>    Defendants. | CASE NO. 08 CV 1548<br><br>Judge Robert M. Dow, Jr.<br>Magistrate Judge Morton Denlow |

## NOTICE OF MOTION

TO:  Steven H. Sklar                              Lisa A. Ferrari
     Leydig, Voit & Mayer, Ltd.                   Roger S. Thompson
     Two Prudential Plaza                         Cohen Pontani Lieberman & Pavane LLP.
     180 North Stetson Avenue, Suite 4900         551 Fifth Avenue, Suite 1210
     Chicago, IL 60601-6731                       New York, NY 10176

    PLEASE TAKE NOTICE that on **Thursday May 15, 2008 at 9:15 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Robert M. Dow, Jr. or any Judge then sitting in his stead in Courtroom Number 1919 in the United States District Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604 and present **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**, a copy of which is attached hereto and herewith served upon you.

Dated:   May 7, 2008                              Respectfully submitted,

                                                  */s/ Jeffrey G. Mote*
                                                  One of the Attorneys for Defendants

Jeffrey G. Mote
James J. Lukas, Jr.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400
(312) 456-8435

CHI 57,208,838v1 5/7/2008

**CERTIFICATE OF SERVICE**

     James J. Lukas, Jr., an attorney, certifies that he served a copy of the foregoing Notice and Motion on counsel of record for all parties entitled to service, as listed below, by electronic mail and by electronically filing same in accordance with the Court's electronic filing requirements on May 7, 2008:

| | |
|---|---|
| Steven H. Sklar | Lisa A. Ferrari |
| Leydig, Voit & Mayer, Ltd. | Roger S. Thompson |
| Two Prudential Plaza | Cohen Pontani Lieberman & Pavane LLP. |
| 180 North Stetson Avenue, Suite 4900 | 551 Fifth Avenue, Suite 1210 |
| Chicago, IL 60601-6731 | New York, NY 10176 |

                                          */s/ James J. Lukas, Jr.*
                                             James J. Lukas, Jr.