IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-----------------------------------------------------------------x
C.S.B. COMMODITIES, INC.,

        Plaintiff,

v.

URBAN TREND (HK) LTD., AND ROBERT KUSHNER,

        Defendants.
-----------------------------------------------------------------x

Civil Action No. 1:08-cv-01548

**JOINT INITIAL STATUS REPORT**

**TRIAL BY JURY HAS BEEN DEMANDED**

## JOINT INITIAL STATUS REPORT

Pursuant to the Court's Order dated April 3, 2008, and the Court's Standing Order Requiring Status Report for Cases Filed on or after December 1, 2007, the parties hereby submit a Joint Initial Status Report as follows:

### I.    NATURE OF THE CASE

A.    **Attorneys of record**:

    for Plaintiff, C.S.B. Commodities:

    Local Counsel:
    Steven H. Sklar, Esq.
    Leydig, Voit & Mayer, Ltd.
    Two Prudential Plaza – Suite 4900
    180 North Stetson Avenue
    Chicago, IL  60601-6780
    Tel.: (312) 616-5600
    Fax: (312) 616-5700

    Trial Counsel:
    Lisa A Ferrari, Esq. (*pro hac* application pending)
    Roger S. Thompson, Esq. (*pro hac* application pending)
    Cohen Pontani Lieberman & Pavane, LLP
    551 Fifth Avenue – Suite 1210
    New York, New York 10176

66187-1

Tel.: (212) 687-2770
Fax: (212) 972-5487

for Defendants, Urban Trend (HK) Ltd. and Robert Kushner:

Jeffrey G. Mote, Esq.
James J. Lukas, Jr., Esq.
Greenberg Traurig
77 West Wacker Drive
Suite 2500
Chicago, IL 60601
Tel.: (312) 456-8400
Fax: (312) 456-8435

B.   **Bases for federal jurisdiction**: The action alleges violations of 15 U.S.C. § 1125(a), and Illinois statutory and common law unfair competition. Federal subject matter jurisdiction is premised on 28 U.S.C. §§ 1331, 1338(a) and 1338(b), and 15 U.S.C. §1121(a), and supplemental jurisdiction over the state law claims is premised on 28 U.S.C. §1367(a).

C.   **Nature of the claims asserted**: Plaintiff alleges that the Defendants have violated its trade dress rights in a knife holder having the stylized shape of a human figure that is falling down, and which has knives piercing the figure. Plaintiff alleges that the Defendants have sold, and have attempted to sell, a knife holder under the name THROWZINI that infringes Plaintiff's rights in and to its knife holder. Defendants have filed motions to dismiss in lieu of an Answer and there are thus no counterclaims asserted at this time.

D.   **Status of Service**: All parties have been served and have appeared.

66187-1

E. & F.   **Principal legal and factual issues**:   Whether Defendants have infringed Plaintiff's trade dress rights, and/or engaged in unfair competition by virtue of sales of and/or offers to sell the THROWZINI knife holder.  Whether Plaintiff owns any trade dress rights in its asserted knife holder design and, if so, the scope of such trade dress rights.  Whether the Court has personal jurisdiction over Defendants and whether venue is proper is this district.  Whether Plaintiff has stated a claim against Defendant Robert Kushner in his individual capacity.

G.   **Jury Demand**: Plaintiff has demanded a jury trial.

H.   **Status of Discovery**: No discovery has been taken as yet, there is presently no discovery cutoff date, and there are no pending discovery disputes.  Plaintiff requests a fact discovery cutoff date of January 16, 2009.  Defendants believe that because the issues in dispute are straightforward and uncomplicated, a fact discovery cutoff date of October 1, 2008 is appropriate.

I.   **Earliest Date for trial**:   At this stage, Plaintiff believes that it would be premature to set a date for trial, although Plaintiff believes it could be ready for trial as soon as **May 18, 2009**, and that a trial should take no longer than four trial days.  Defendants believe that the parties should be ready for trial on the straight forward and uncomplicated issues involved in this lawsuit by **January 15, 2009**.

66187-1

J.  **Trial before a Magistrate Judge**:  The parties have not unanimously consented to a trial before a Magistrate Judge.

K.  **Settlement Discussions**:  There have been no settlement discussions since the suit was filed.

L.  **Request for Settlement Conference**:  The parties believe it would be premature to hold a settlement conference at this time.

## II.    PROCEEDINGS TO DATE

A.  **Prior Substantive Rulings**:  There have been no prior substantive rulings.

B.  **Pending Motions:**    Defendants filed a motion to dismiss Plaintiff's Complaint for lack or personal jurisdiction and/or improper venue on May 7, 2008.  Defendant Robert Kushner filed a motion to dismiss Plaintiff's Complaint against him individually for failure to state a claim on May 7, 2008.

C.  **Anticipated Motions:**  None at this time.  If the Court denies Defendants' pending motions to dismiss, Defendants anticipate moving for summary judgment that Defendants do not infringe Plaintiff's unregistered trade dress.

D.  **Existing Scheduling Orders and Status Reports:**  None.

66187-1

*for Plaintiff, C.S.B. Commodities:*

Local Counsel:

_____  Date: 5/13/08
Steven H. Sklar, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza – Suite 4900
180 North Stetson Avenue
Chicago, IL 60601-6780
Tel.: (312) 616-5600
Fax: (312) 616-5700

Trial Counsel:

_____  Date: 5/13/08
Lisa A Ferrari, Esq. (*pro hac* application pending)
Roger S. Thompson, Esq. (*pro hac* application pending)
Cohen Pontani Lieberman & Pavane, LLP
551 Fifth Avenue – Suite 1210
New York, New York 10176
Tel.: (212) 687-2770
Fax: (212) 972-5487


*for Defendants, Urban Trend (HK) Ltd. and Robert Kushner:*

_____ (with permission)  Date: 5/13/08
Jeffrey G. Mote, Esq.
James J. Lukas, Jr., Esq.
Greenberg Traurig LLP
77 West Wacker Drive
Suite 2500
Chicago, IL 60601
Tel.: (312) 456-8400
Fax: (312) 456-8435


66187-1