**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

C.S.B. Commodities, Inc.
                                      Plaintiff,

v.                                                    Case No.: 1:08–cv–01548
                                                           Honorable Robert M. Dow Jr.

Urban Trend (HK) Ltd., et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 15, 2008:

       MINUTE entry before Judge Honorable Robert M. Dow, Jr: Status hearing held. MOTION by Defendant Robert Kushner to dismiss [14] plaintiff's complaint for failure to state a claim under rule 12(b)(6) is stricken as being duplicative of document [16]. Parties to exchange initial 26(a)(l) disclosures by 6/5/08. Status hearing set for 6/26/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.