IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| C.S.B. COMMODITIES, INC., a New York corporation,<br><br>    Plaintiff,<br><br>v.<br><br>URBAN TREND (HK) LTD., a foreign corporation, and ROBERT KUSHNER, individually,<br><br>    Defendants. | CASE NO. 08 CV 1548<br><br>Judge Robert M. Dow, Jr.<br>Magistrate Judge Morton Denlow |

## NOTICE OF RENEWED MOTION

TO:    Steven H. Sklar                    Lisa A. Ferrari
       Leydig, Voit & Mayer, Ltd.         Roger S. Thompson
       Two Prudential Plaza               Cohen Pontani Lieberman & Pavane LLP.
       180 North Stetson Avenue, Suite 4900   551 Fifth Avenue, Suite 1210
       Chicago, IL 60601-6731             New York, NY 10176

PLEASE TAKE NOTICE that on **Tuesday June 3, 2008 at 9:15 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Robert M. Dow, Jr. or any Judge then sitting in his stead in Courtroom Number 1919 in the United States District Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604 and present **DEFENDANTS' RENEWED MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION,** a copy of which is attached hereto and herewith served upon you.

Dated:   May 27, 2008                     Respectfully submitted,

                                          /s/ Jeffrey G. Mote
                                          One of the Attorneys for Defendants

Jeffrey G. Mote
James J. Lukas, Jr.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400
(312) 456-8435

CHI 57254983v1 May 27, 2008

**CERTIFICATE OF SERVICE**

     James J. Lukas, Jr., an attorney, certifies that he served a copy of the foregoing Notice and Motion on counsel of record for all parties entitled to service, as listed below, by electronic mail and by electronically filing same in accordance with the Court's electronic filing requirements on May 27, 2008:

| | |
|---|---|
| Steven H. Sklar | Lisa A. Ferrari |
| Leydig, Voit & Mayer, Ltd. | Roger S. Thompson |
| Two Prudential Plaza | Cohen Pontani Lieberman & Pavane LLP. |
| 180 North Stetson Avenue, Suite 4900 | 551 Fifth Avenue, Suite 1210 |
| Chicago, IL 60601-6731 | New York, NY 10176 |

                                       */s/ James J. Lukas, Jr.*
                                           James J. Lukas, Jr.