UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

C.S.B. Commodities, Inc.
                            Plaintiff,

v.                                        Case No.: 1:08–cv–01548
                                                        Honorable Robert M. Dow Jr.

Urban Trend (HK) Ltd., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 2, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: The Court has before it Defendant Kushner's renewed motion to dismiss amended complaint for failure to state a claim [27] and Defendants Urban Trend and Kushner's renewed motion to dismiss for lack of jurisdiction [30], both of which have been noticed for presentation on 6/3/08. Pursuant to the discussion at the prior status conference, Plaintiff's responses to both motions are due on 6/24/08 and Defendants' replies are due on 7/8/08. Status date of 6/26/08 is stricken and reset to 7/15/08 at 9:00 am. Notice of motion date of 6/3/08 is stricken and no appearance is necessary on that date. Defendant Kushner's motion to dismiss original complaint [16] and Defendants' motion to dismiss for lack of jurisdiction and improper venue targeted at original complaint [19] are stricken as moot.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.