IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------------x
C.S.B. COMMODITIES, INC.,

                 Plaintiff,

                v.

URBAN TREND (HK) LTD., AND ROBERT KUSHNER,

                 Defendants.
---------------------------------------------------------------x

Civil Action No. 08 C 1548

Judge Robert M. Dow, Jr.
Magistrate Judge Morton Denlow

**AGREED MOTION FOR A ONE-WEEK EXTENSION OF TIME FOR
BRIEFING SCHEDULE ON DEFENDANTS' RENEWED MOTIONS TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff C.S.B. Commodities, Inc. ("CSB") respectfully moves this Court for an extension of time of the briefing schedule on the Defendants Urban Trend (UK) Ltd. ("Urban Trend") and Robert Kushner's ("Kushner") pending motions to dismiss, specifically Defendant Kushner's Renewed Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim Under Rule 12(b)(6) [D.I. 27] and Defendants Urban Trend and Kushner's Renewed Motion to Dismiss Plaintiff's First Amended Complaint for Lack of Personal Jurisdiction [D.I. 30].

Pursuant to the current briefing schedule entered by the Court on June 2, 2008 [D.I. 33], Plaintiff CSB's responses to both motions to dismiss are due on June 24, 2008 and Defendant Urban Trend and Kushner's replies are due on July 8, 2008.  Plaintiff CSB requests a one-week extension to July 1, 2008 for submission of its responses and to July 15, 2008 for submission of Defendants' replies.  Counsel for Defendants Urban Trend and Kushner have agreed to the

requested one-week extension. No prior extension of the briefing schedule on Plaintiffs' renewed motions to dismiss has been sought.

A status hearing in this matter is currently scheduled for July 15, 2008. [D.I. 33]. This date is one week following the original deadline of July 8, 2008 for Defendants' reply briefs. In view of the requested extension of the briefing schedule, the Court may consider rescheduling the status conference to July 22, 2008 or other suitable date.

Dated: June 24, 2008

s/ Steven H. Sklar
Steven H. Sklar (IL Bar No. 6238119)
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 North Stetson Avenue, Suite 4900
Chicago, IL 60601-6731
Tel: (312) 616-5600
Fax: (312) 616-5700


Lisa A. Ferrari (admitted *pro hac vice*)
Roger S. Thompson (admitted *pro hac vice*)
COHEN PONTANI LIEBERMAN & PAVANE LLP
551 Fifth Avenue, Suite 1210
New York, NY 10176
Tel. (212) 687-2770
Fax. (212) 972-5487

*Attorneys for Plaintiff*
*C.S.B. Commodities, Inc.*