IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-----------------------------------------------------------------x
C.S.B. COMMODITIES, INC.,

                  Plaintiff,

        v.

URBAN TREND (HK) LTD., AND ROBERT KUSHNER,

                  Defendants.
-----------------------------------------------------------------x

Civil Action No. 08 C 1548

Judge Robert M. Dow, Jr.
Magistrate Judge Morton Denlow

## NOTICE OF MOTION

TO:   Jeffrey G. Mote
        James J. Lukas, Jr.
        GREENBERG TRAURIG, LLP
        77 West Wacker Drive, Suite 2500
        Chicago, Illinois 60601

      PLEASE TAKE NOTICE that on **Tuesday, July 1, 2008 at 9:15 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Robert M. Dow, Jr. or any Judge then sitting in his stead in Courtroom Number 1919 in the United States District Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604 and present **AGREED MOTION FOR A ONE-WEEK EXTENSION OF TIME FOR BRIEFING SCHEDULE ON DEFENDANTS' RENEWED MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

Dated: June 24, 2008                        Respectfully submitted,

                                                   s/ Steven H. Sklar
                                                   Steven H. Sklar (IL Bar No. 6238119)
                                                   LEYDIG, VOIT & MAYER, LTD.
                                                   Two Prudential Plaza
                                                   180 North Stetson Avenue, Suite 4900
                                                   Chicago, IL 60601-6731
                                                   Tel: (312) 616-5600
                                                   Fax: (312) 616-5700

Lisa A. Ferrari (admitted *pro hac vice*)
Roger S. Thompson (admitted *pro hac vice*)
COHEN PONTANI LIEBERMAN & PAVANE LLP
551 Fifth Avenue, Suite 1210
New York, NY  10176
Tel. (212) 687-2770
Fax. (212) 972-5487

*Attorneys for Plaintiff*
*C.S.B. Commodities, Inc.*

**CERTIFICATE OF SERVICE**

      Steven H. Sklar, an attorney, certifies that he served a copy of the foregoing Notice and Motion on counsel of record for all parties entitled to service, as listed below, by electronic mail and by electronically filing same in accordance with the Court's electronic filing requirements on June 24, 2008:

Jeffrey G. Mote
James J. Lukas, Jr.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601

                                            /s/  Steven H. Sklar
                                            Steven H. Sklar