**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

C.S.B. Commodities, Inc.

                           Plaintiff,

v.                                                        Case No.: 1:08–cv–01548

                                                            Honorable Robert M. Dow Jr.

Urban Trend (HK) Ltd., et al.

                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 27, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:MOTION by Plaintiff C.S.B. Commodities, Inc. for a one–week extension of time [34] for Briefing Schedule on Defendants' Renewed Motions to Dismiss Plaintiff's First Amended Complaint is Granted. Notice of Motion date of 7/1/08 is stricken and no appearance will be necessary.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.